**No. 09-8309. Jose A. Vega-Figueroa, Petitioner v. United States.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3239.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 953, 130 S. Ct. 1542, 176 L. Ed. 2d 136, 2010 U.S. LEXIS 1415.